UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL B. NICKELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:07-CV-01406-SNLJ |
| ) | |
| MICHAEL F. SHANAHAN, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

On November 25, 2008, Defendant DRS Technologies, Inc. filed a Supplemental Motion to Dismiss for Lack of Standing (Dk. 102) ("Supplemental Motion"). Defendants Gary C. Gerhardt, Michael F. Shanahan, Sr., Michael F. Shanahan, Jr., Steven J. Landmann, Ira Albom, General Charles G. Boyd, Dr. Donald Fraser, William F. Heitmann, Steven S. Honigman, C. Shelton James, Mark N. Kaplan, Mark S. Newman, Stuart F. Platt, Dennis J. Reimer, and Eric J. Rosen (collectively with DRS, the "Defendants") hereby join in this Supplemental Motion.

Plaintiff Daniel B. Nickell hereby stipulates with the Defendants that, for the reasons set forth in the Supplemental Motion, this action is dismissed with prejudice. The parties understand that, notwithstanding this final disposition, the Court has jurisdiction to address Plaintiff's Motion for Attorney's Fees and Costs filed on December 19, 2008 (Dk. 106). In light of this dismissal, the parties agree that all other pending motions are moot.

HAAR & WOODS, LLP

/s/ Robert T. Haar
Robert T. Haar, #30044
Lisa A. Pake, #4022
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
Telephone: 314-241-2224
Fax:  314-241-2227
lpake@haar-woods.com

Attorneys for
DRS Technologies, Inc.,
Ira Albom, General Charles G. Boyd,
Dr. Donald Fraser, William F.
Heitmann, Steven S. Honigman, C.
Shelton James, Mark N. Kaplan,
Mark S. Newman, RADM Stuart F.
Platt, Gen. Dennis J. Reimer, and
Eric J. Rosen


DOWD BENNETT, LLP

/s/ Edward L. Dowd, Jr.
Edward L. Dowd, Jr.
Erika M. Anderson
7733 Forsyth, Suite 1410
Clayton, Missouri 63105
314-889-7304
edowd@dowdbennett.com

Attorneys for Gary C. Gerhardt

        KEKER AND VAN NEST, LLP

        /s/ Stuart L. Gasner
        Stuart L. Gasner
        710 Sansome Street
        San Francisco, CA 94111
        415-391-5400
        sgasner@kvn.com

        Attorneys for Michael F. Shanahan, Jr.

        SCHULTZ AND LITTLE, LLP

        /s/ Ronald J. Eisenberg
        Ronald J. Eisenberg
        Schultz and Little, LLP
        640 Cepi Drive
        Suite A
        Chesterfield, Missouri 63005
        636-537-4645
        reisenberg@sl-lawyers.com

        Attorneys for Steven J. Landmann

        LEWIS AND RICE

        /s/ Barry A. Short
        Barry A. Short
        Evan Z. Reid
        Lewis and Rice
        500 N. Broadway, Suite 2000
        St. Louis, Missouri 63102
        314-444-7600
        bshort@lewisrice.com

        Attorneys for Michael F. Shanahan, Sr.

4

                THE LAW OFFICE OF
                RICHARD B. HEIN


                ___/s/ Richard B. Hein_____
                Richard B. Hein
                The Law Office of Richard B. Hein
                2525 S. Brentwood Boulevard,
                Suite 102
                St. Louis, Missouri 63144
                314-961-1800
                rhein@heinlegal.com

                JOHNSON BOTTINI, LLP


                Francis A. Bottini, Jr.
                655 W. Broadway, Suite 1400
                San Diego, California 92101
                619-230-0063
                frankb@johnsonbottini.com


                Attorneys for Plaintiff Daniel Nickell